IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

DORA A. NEAL, )
)
    Plaintiff, )
)
v. ) CV 107-004
)
MICHAEL J. ASTRUE, Commissioner )
of Social Security, )
)
    Defendant. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore the Commissioner's final decision is **AFFIRMED**, this civil action is **CLOSED**, and a final judgment shall be **ENTERED** in favor of the Commissioner.

SO ORDERED this 11th day of February, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE